MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MUSIO LUGO GUERRERO,<br>  a/k/a Miguel Delgado Lopez,<br>    Defendant. | No. 12-0857 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On January 15, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to January 29, 2013. The parties have agreed to exclude the period of time between January 15, 2013 and January 29, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0857 RS

1   At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

                                            MELINDA HAAG
                                            United States Attorney


DATED: January 24, 2013              _____/s/_____
                                            J. MARK KANG
                                            Special Assistant United States Attorney


DATED: January 24, 2013              _____/s/_____
                                            ELIZABETH FALK
                                            Attorney for Defendant

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0857 RS

**[~~PROPOSED~~] ORDER**

For the reasons stated above and at the January 15, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 15, 2013 and January 29, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/24/13

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0857 RS